

January 10, 2022

**Via ECF Only**
Honorable James L. Cott
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007

   Re: *Jessica Israel v. Unum Life Insurance Company of America*,
      No. 1:21-cv-04335-GHW-JLC
      Proposed Summary Judgment Schedule

Dear Judge Cott,

  The parties propose that the following schedule and page limits be adopted for motions for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

- By March 15, 2022, Plaintiff will file her motion for summary judgment. The memorandum of law will be limited to 30 pages.

- By April 12, 2022, Defendant will file its motion for summary judgment and an opposition to Plaintiff's motion for summary judgment. The memoranda of law will be limited to a combined total of 45 pages.

- By May 10, 2022, Plaintiff will file a reply in support of her motion for summary judgment and an opposition to Defendant's motion for summary judgment. The memoranda of law will be limited to a combined total of 45 pages.

- By May 31, 2022, Defendant will file a reply in support of its motion for summary judgment. The memorandum of law will be limited to 30 pages.

Respectfully Submitted,

| /s/Matthew Maddox | /s/ Patrick W. Begos |
|---|---|
| Matthew Maddox (MM8359) | Patrick W. Begos (PB4372) |
| RIEMER HESS LLC | ROBINSON & COLE LLP |
| *Counsel for Ms. Jessica Israel* | *Counsel for Unum Life Insurance Company of America* |
| 275 Madison Avenue | 1055 Washington Boulevard |
| 26th Floor | Stamford, Connecticut 06901 |
| New York, New York 10016 | P: 203-462-7550 |
| P: 212-297-0700, Ext. 102 | F: 203-462-7599 |
| F: 212-297-0730 | pbegos@rc.com |
| mmaddox@riemerhess.com | |