```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JESSICA ISRAEL,                                               :
                                                              :
                                        Plaintiff,            :    1:21-cv-4335-GHW
                                                              :
                  -against-                                   :    ORDER
                                                              :
FIRST UNUM LIFE INSURANCE COMPANY                             :
AND UNUM LIFE INSURANCE COMPANY OF                            :
AMERICA,                                                      :
                                                              :
                                        Defendants.           :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference on May 30, 2024, any application for leave to amend the complaint must be filed by letter motion no later than July 30, 2024. This letter motion should include the parties' respective positions on the proposed amended complaint, a copy of the proposed amended complaint, and a blackline showing the proposed changes against the existing complaint.

      SO ORDERED.

Dated: May 30, 2024
                                                                      _____
                                                                GREGORY H. WOODS
                                                             United States District Judge