```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSICA ISRAEL,

                Plaintiff,

   -v-

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

                Defendant.
------------------------------------------------------------X

**ORDER FOR CONFERENCE PURSUANT TO RULE 16**

21-CV-4335 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court shall hold a case management conference on **September 19, 2024**, at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, (646) 453-4442 (Conference ID: 568 010 359#).

In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.
2. Use handset rather than speakerphone.
3. Identify yourself each time you speak.
4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.
5. Mute when not speaking to eliminate background noise and prevent interruptions.
6. Avoid voice-activated systems that don't allow speaker to know when someone else is trying to speak and that cut off the beginning of words.

<u>Upon receipt of this order, counsel are directed to confirm with all other counsel that each party to this proceeding has received a copy of this order.</u>

Counsel of record must attend the conference. If counsel of record has not filed a notice of appearance, they must do so by the date of the conference.

Any application for a change in the date of the conference must be made by letter-motion filed on ECF within five days of this order, unless there is good cause justifying a later application. Prior to requesting an adjournment, the party making the request should contact the Deputy Clerk, Roberto Diaz, Roberto_Diaz@nysd.uscourts.gov, to determine alternative dates on which the Court is available for a rescheduled court appearance. The party must then request an adjournment by letter-motion that includes (1) a statement as to all other parties' positions on the proposed change in date and (2) a proposal for an alternative date for the conference (as provided by the Deputy Clerk) for which all parties are available.

**SO ORDERED.**

Dated: September 3, 2024
  New York, New York

HENRY J. RICARDO
United States Magistrate Judge